125 P.3d 373

STEVEN K.

v.

ADES/Aimee K./Steven K. Jr.

No. CV–05–0324–PR.

Supreme Court of Arizona.
Court of Appeals Division One.

Jan. 4, 2006.

ORDERED: Petition for Review = DE-NIED.

FURTHER ORDERED: The Court of Appeals' Opinion shall not be published, pursuant to Rule 111(g), Arizona Rules of the Supreme Court.